# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jessica Tolbert,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                               3:05-cv-528

Banc of America Investment Services, Inc. And Bank of America, N.A.

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 26, 2007 Order.

**Signed: June 26, 2007**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court