IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05 CV 528 MU

| | | |
|---|---|---|
| JESSICA TOLBERT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BANC OF AMERICA INVESTMENT | ) | |
| SERVICES, INC. and BANK OF | ) | |
| AMERICA, N.A. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

THIS MATTER  is before the Court upon Plaintiff's Motion for Reconsideration
(Document #26) of the Court's June 26, 2007 Order.  Since filing this Motion, Plaintiff has also
filed an appeal of that order with the Fourth Circuit (Document #29).  The appeal removes the
case from this Court's jurisdiction, and therefore,

Plaintiff's Motion is hereby MOOT.

IT IS SO ORDERED.


Signed: July 27, 2007


Graham C. Mullen
United States District Judge